IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIGHTVIEW LANDSCAPES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ELLIS AND PACIFIC LANDSCAPE MANAGEMENT,<br><br>Defendants. | CIVIL ACTION<br>NO. 25-3204 |

**ORDER**

**AND NOW**, this 21st day of November 2025, upon receipt of the Parties' Consent Injunction Order (Doc. No. 34), it is **ORDERED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b) as to Defendant.
2. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.